UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TIO DINERO SESSOMS, | No. 2:16-cv-1943-EFB P |
|---|---|
| Plaintiff, | |
| v. | |
| JOHN PATRICK KELLER, et al., | |
| Defendants. | |

| TIO DINERO SESSOMS, | No. 2:17-cv-0304-CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER & RELATED CASE ORDER |
| JOHN PATRICK KELLER, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 12, 2007, these two actions were consolidated. However, upon further review of the case files, it appears that the two actions ought to first be related pursuant to Local Rule 123, and the issue of consolidation deferred to a later stage in the proceedings. Accordingly, the order of consolidation is vacated.

1

However, examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the order of consolidation entered in *Sessoms v. Keller*, No. 2:17-cv-0304-CKD (E.D. Cal.), ECF No. 8, is vacated, the administrative termination is lifted and the action is reassigned to the undersigned for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:17-cv-0304-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 1, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE