UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHN PATRICK KELLER; DICK WOODS; HEATHER FARGO; DON CASIMERE; ARTURO VENENEGAS, JR.; and BRIAN LOUIE;<br><br>       Defendants. | NO. 2:16-cv-1943 WBS EFB<br><br>ORDER RELATING CASES |
| TIO DINERO SESSOMS,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHN PATRICK KELLER, RICHARD WOODS, TONI WINFIELD, and CITY OF SACRAMENTO,<br><br>       Defendants. | NO. 2:17-cv-304 JAM EFB |

1

| | |
|---|---|
| 1 | ----oo0oo---- |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same plaintiff, are based on the same underlying events, and present similar questions of fact and law. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Sessoms v. Keller, 2:16-cv-1943 WBS EFB, and Sessoms v. Keller, 2:17-cv-304 JAM EFB, be, and the same hereby are, deemed related. The case denominated Sessoms v. Keller, 2:17-cv-304 JAM EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Sessoms v. Keller, 2:17-cv-304 WBS EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: October 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE