Dominick R. Welch (SBN 311096)
WELCH LAW FIRM
300 Harding Boulevard, Suite 109
Roseville, CA 95678
Telephone: (916) 865-4149
Facsimile:  (916) 865-4267
Dom@Welch-LawFirm.com

Attorney for Plaintiff,
TIO DINERO SESSOMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN PATRICK KELLER, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-01943-WBS-EFB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>Complaint Filed:   August 18, 2016<br>FAC Filed:          June 20, 2017 |

Plaintiff, TIO DINERO SESSOMS ("Plaintiff") and Defendants JOHN PATRICK KELLER and DICK WOODS ("Defendants"), through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and [Proposed] Order to Modify the Court's October 10, 2018, DISCOVERY AND SCHEDULING ORDER.

## **STIPULATION**

WHEREAS, the Court issued a Discovery and Scheduling Order on October 9, 2018, and filed October 10, 2018. (ECF Doc No. 59.)

WHEREAS, the Court's Discovery and Scheduling Order, dated October 9, 2018, requires the parties to complete discovery investigation by February 15, 2019.

WHEREAS, Plaintiff's counsel, Dominick R. Welch, entered as attorney of record on January 31, 2019.

WHEREAS, the current Discovery and Scheduling Order does not allow the parties time to complete discovery. Furthermore, the parties are continuing to meet and confer regarding

1

WELCH LAW FIRM
300 Harding Boulevard, Suite 109
Roseville, CA 95678

responses to written discovery from Defendants' Special Interrogatories and Request for Production of Documents, which includes seven separate document requests.

WHEREAS, the parties agree that good cause exists to extend all remaining deadlines in the Court's Discovery and Scheduling Order, dated October 9, 2018 (ECF Doc No. 59), as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Discovery Requests Deadline | December 14, 2018 [Discovery and Scheduling Order ("D&SO"), ECF Doc No. 59, pp. 4:13.] | April 19, 2019 |
| Discovery Cut-Off Deadline | February 15, 2019 (D&SO, ECF Doc No. 59, pp. 4:15.) | June 21, 2019 |
| Deadline to File Motion to Amend Complaint | February 15, 2019 (D&SO, ECF Doc No. 59, pp. 4:17.) | June 21, 2019 |
| Deadline to File Dispositive Motions | May 17, 2019 (D&SO, ECF Doc No. 59, pp. 4:18.) | September 20, 2019 |

Dated: February 13, 2019    WELCH LAW FIRM

*/s/ Dominick R. Welch*
Dominick R. Welch
Attorney for Plaintiff,
TIO DINERO SESSOMS

Dated: February 13, 2019    CITY OF SACRAMENTO

*/s/ Andrea M. Velasquez*
Andrea M. Velasquez
Attorney for Defendants,
JOHN PATRICK KELLER and DICK WOODS

2
**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY AND SCHEDULING ORDER (CASE NO.: 2:16-CV-01943-WBS-EFB)**

# [~~PROPOSED~~] ORDER

The Court, having reviewed the JOINT STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER and finding good cause, issues an Order to:

1. Continue the deadline to propound discovery from December 14, 2018, to April 19, 2019;
2. Continue the discovery cut-off from February 15, 2019, to June 21, 2019;
3. Continue the deadline to file a Motion to Amend the Complaint from February 15, 2019, to June 21, 2019; and
4. Continue the deadline to file Dispositive Motions from May 17, 2019, to September 20, 2019.

**IT IS SO ORDERED.**

Dated: February 21, 2019

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE